IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SARAH ALLEM** | : | |
| | : | **Civil Action No.: 1:14-cv-1887** |
| **Plaintiff** | : | |
| | : | **(Judge Kane)** |
| v. | : | |
| | : | |
| **JAG FOOTWEAR ACCESSORIES AND RETAIL CORPORATION t/a Nine West** | : | |
| | : | |
| **Defendant** | : | |

# O RDER

**AND NOW**, this 27th day of July 2015, counsel having reported to the Court that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

s/ Yvette Kane
Yvette Kane, Judge
United States District Court
Middle District of Pennsylvania